THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF LIBERTY, Respondent, *v.* ANNA L. HOYT, Appellant.

(Argued February 18, 1924; decided February 26, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 237 N Y. 519.)